

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - KW - 0260

State Of Louisiana
    versus
Joshua Charrier

TO:
    Claude-Michael Comeau
1024 Elysian Fields Ave
New Orleans, LA 70117

Jamila A. Johnson
1024 Elysian Fields Avenue
New Orleans, LA 70117

Hon. Scott M. Perrilloux
Tangipahoa Parish
P.O. Box 639
Amite, LA 70422-0639
zdaniels@21jdda.org

Hardell Ward
1024 Elysian Fields Avenue
New Orleans, LA 70117
hward@defendla.org

Hon. Brian Abels
P.O. Box 788
Amite, LA 70422

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

*U.Snↄ*

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA CHARRIER

NO. 2022 KW 0260

**MAY 20, 2022**

---

In Re:   Joshua Charrier, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1000813.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.   Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence was final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_U.S.__

DEPUTY CLERK OF COURT
FOR THE COURT